UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AKEEL M. ABOUDY,

          Plaintiff,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION
SERVICES,

          Defendant.

_____/

CIVIL ACTION NO. 08-13644

DISTRICT JUDGE DAVID M. LAWSON

MAGISTRATE JUDGE DONALD A. SCHEER

ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL

This matter is before the magistrate judge on Order of Reference for all pretrial matters. The Complaint, filed on August 22, 2008, seeks judicial review of Defendant's alleged failure to adjudicate Plaintiff's naturalization application. Plaintiff also filed an application for appointment of counsel on the same day. The application is hereby DENIED, as the financial affidavit accompanying the application reveals that Plaintiff is currently employed and earning an adequate income.

SO ORDERED.

s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2008_____

_____

**CERTIFICATE OF SERVICE**

I hereby certify on September 8, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 8, 2008. **Akeel M. Aboudy.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217